**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN MEGGS, et al.,

    Plaintiffs,

v.

TROPICANA BLUE SKIES LLC,

    Defendant.

Case No. 2:26-cv-00341-ART-NJK

**Order**

[Docket No. 7]

Pending before the Court is Plaintiffs' motion for an extension of time to serve Defendant. Docket No. 7.

Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed. R. Civ. P. 4(m). Local Rule IA 6-1(a) provides that a request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect. Plaintiffs' proof of service was due by May 12, 2026. Docket No. 1. The instant motion was filed almost one month after that deadline expired; however, Plaintiffs fail to demonstrate that their failure to file the motion before the deadline expired was the result of excusable neglect. *See* Docket No. 7.

Accordingly, the Court **DENIES** Plaintiffs' motion without prejudice. Docket No. 7.

IT IS SO ORDERED.

Dated: June 11, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1