**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN MEGGS, et al.,

    Plaintiffs,

v.

TROPICANA BLUE SKIES LLC,

    Defendant.

Case No. 2:26-cv-00341-ART-NJK

**Order**

[Docket No. 9]

Pending before the Court is Plaintiffs' motion for an extension of time to serve Defendant. Docket No. 9.

Plaintiffs previously filed a motion for an extension of time to serve Defendant. Docket No. 7. The Court denied the motion without prejudice because it was filed almost one month after the service deadline expired and Plaintiffs failed to demonstrate that their failure to file the motion before the deadline expired was the result of excusable neglect. Docket No. 8 at 1 (citing Local Rule IA 6-1(a)).

In the instant motion, Plaintiffs submit that excusable neglect exists for an extension of time to serve because Plaintiffs have undertaken various attempts to serve Defendant at multiple addresses associated with Defendant's company president, and Plaintiffs believe Defendants' president is attempting to evade service. *See* Docket No. 9 at 2-3. Further, Plaintiffs contend that Defendant would not be prejudiced by an extension and, instead, Plaintiffs would suffer the prejudice of dismissal of their claim that is not based upon the merits. *See id.* at 3. Additionally, Plaintiffs submit that, upon realizing their inadvertence, they actively tried to serve Defendants' president at multiple addresses, and that their length of delay is not extraordinary. *See id.* at 4.

1

The Court **GRANTS** Plaintiffs' motion for an extension of time to serve.  Docket No. 9. Plaintiffs must file a proof of service on the docket by August 17, 2026.

IT IS SO ORDERED.

Dated: June 18, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2