## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOHN MEGGS, an individual, and
ACCESS 4 ALL, INC., a Florida not-for-
profit Corporation,

            Plaintiff(s),

    vs.

TROPICANA BLUE SKIES, LLC, a
Nevada Limited Liability Company

            Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-00341-ART-NJK

**ORDER APPROVING**

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____MICHAEL FISCHETTI_____, Petitioner, respectfully represents to the Court:
         (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

THE MINEO SALCEDO LAW FIRM, P.A.
                (firm name)

with offices at _____5600 DAVIE ROAD_____,
                  (street address)

____DAVIE____, ____Florida____, ____33314____,
  (city)           (state)       (zip code)

____(954) 463-8100____, ____MFischetti@mineolaw.com____.
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

____John Meggs and Access 4 All, Inc.____ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since ___September 23, 2014___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Florida_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of Florida | 10/16/2018 | 112483 |
| Northern District of New York | 12/10/2025 | 707038 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

Florida

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 04/03/2026 | Meggs v Noval Family | U.S. Dist. Court of Nevada | Granted |
| 06/23/2026 | Meggs v Y &SH, Inc. | U.S. Dist. Court of Nevada | Pending |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Florida___ )
                        )
COUNTY OF ___Broward___ )

___Michael Fischetti___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___23___ day of ___June___, ___2026___.

_____
Notary Public or Clerk of Court

AMANDA M. THOMAS
MY COMMISSION # HH 722685
EXPIRES: October 18, 2029

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Lee Iglody___,
                                                                (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___2580 St. Rose Pkwy, #330___,
(street address)

___Henderson___, ___Nevada___, ___89074___,
(city)            (state)         (zip code)

___(702) 425-5366___, ___lee@iglody.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Lee Iglody _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

John Meggs
(type or print party name, title)

_____
(party's signature)

John Meggs/ Officer of Access 4 All Inc.
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7757                                lee@iglody.com
Bar number                          Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

Dated: June 25, 2026                    5

Rev. 5/16



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida        )

County of Leon        )

In Re:   0112483
Michael C Fischetti
Mineo Salcedo Law Firm
5600 SW 64th Ave
Davie, FL 33314-7103

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 23, 2014**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  22nd  day of **June, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-418640



AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

## CERTIFICATE OF GOOD STANDING

I,      **Angela E. Noble,**     Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Michael C Fischetti** , Florida Bar # **112483**, was duly admitted to practice in

this Court on **October 16, 2018**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on June 23, 2026.

Angela E. Noble
Court Administrator • Clerk of Court

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

## Northern District of New York

### CERTIFICATE OF GOOD STANDING

I, _____ John M. Domurad _____ , Clerk of this Court,

certify that _____ Michael Fischetti _____ , Bar # _____ 707038 _____ ,

was duly admitted to practice in this Court on _____ December 10, 2025 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Albany, New York _____ on _____ June 23, 2026 _____
(Location)                                                    (Date)

_____ John M. Domurad _____
CLERK

_____ DEPUTY CLERK _____